```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 05733
   CATHERINE WARE
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-7215


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 03/11/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 04/08/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
----------------------------------------------------------------------
CAPITAL ONE                UNSECURED      NOT FILED            .00             .00
JACKSON STATE UNIVERSITY   UNSECURED      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED       14547.53            .00             .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00             .00
THE DIAMOND CENTER         UNSECURED      NOT FILED            .00             .00
RICHARD DUDLEY             NOTICE ONLY    NOT FILED            .00             .00
KANDI WARE                 NOTICE ONLY    NOT FILED            .00             .00
FRAKO WARE                 NOTICE ONLY    NOT FILED            .00             .00
CITY OF CHICAGO WATER DE   SECURED           800.00            .00             .00
MORTGAGE ELECTRONIC        CURRENT MORTG       .00             .00             .00
MORTGAGE ELECTRONIC        MORTGAGE ARRE   42400.00            .00             .00
VERONICA D JOYNER          DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                        .00                     .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05733 CATHERINE WARE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/18/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE